No. 83–1673. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* NUTT ET AL. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General to permit Charles A. Rothfeld, Esquire, to present oral argument *pro hac vice* granted.

No. 83–1750. UNITED STATES *v.* MILLER. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Jerrold M. Ladar, Esquire, of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 83–1785. AIR FRANCE *v.* SAKS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 815.] Motion of the Republic of France for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–2143. TENNESSEE *v.* STREET. Ct. Crim. App. Tenn. [Certiorari granted, *ante*, p. 929.] Motion for appointment of counsel granted, and it is ordered that George Stuart Hampton, Esquire, of Elizabethtown, Tenn., be appointed to serve as counsel for respondent in this case.

No. 84–28. BROCKETT *v.* SPOKANE ARCADES, INC., ET AL.; and

No. 84–143. EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL. *v.* J-R DISTRIBUTORS, INC., ET AL. C. A. 9th Cir. [Probable jurisdiction noted, *ante*, p. 813.] Motion of Mississippi Citizens for Decency through Law for leave to file a brief as *amicus curiae* granted.

No. 84–261. COMMODITY FUTURES TRADING COMMISSION *v.* WEINTRAUB ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 929.] Motion of John K. Notz, Jr., Trustee for the Chicago Discount Commodity Brokers, Inc., for leave to file a brief as *amicus curiae* granted.

No. 84–267. CLARK, SECRETARY OF THE INTERIOR, ET AL. *v.* SOUTHERN OREGON CITIZENS AGAINST TOXIC SPRAYS, INC., *ante*, p. 1028. Motion of respondent for attorney's fees denied.

No. 84–315. LEVERSON *v.* CONWAY, COMMISSIONER, VERMONT DEPARTMENT OF MOTOR VEHICLES, *ante*, p. 926. Appellee is directed to file a response to the petition for rehearing within 30 days.